# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2008

133686(137)(139)(140)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RAQUEL RODRIGUEZ,
          Plaintiff-Appellee,
and

PACIFIC EMPLOYERS INSURANCE,
          Intervening Plaintiff-Appellee,
v

          SC: 133686
          COA: 263930
          Wayne CC: 02-231906-CZ

A.S.E. INDUSTRIES, INC.,
          Defendant,
          Cross-Plaintiff-Appellant,
and

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC., and AMERICAN AXLE &
MANUFACTURING, INC.,
          Defendants, Cross-Defendants,
and

DESIGN SYSTEMS, INC., INNOVATIVE
ENGINEERING, INC., and PMI MANAGEMENT
GROUP, INC.,
          Defendants.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's March 19, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for stay is DENIED as moot.

      CAVANAGH, J., not participating due to a familial relationship with counsel of record.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2008

d0409

_____
Clerk